CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07934-LLS

Smith v. C.R. Bard, Inc. et al
Assigned to: Judge Louis L. Stanton
Case in other court: State Court-Supreme, 111334-07
Cause: 28:1441 Notice of Removal

Date Filed: 09/10/2007
Date Terminated: 10/25/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Scott Hadley Smith**

V.

**Defendant**

**C.R. Bard, Inc.**

represented by **Samuel Joseph Abate, Jr**
Pepper Hamilton, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 808-2706
Fax: (866) 738-9621
Email: abates@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.**

represented by **Samuel Joseph Abate, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2007 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 111334-07. (Filing Fee $ 350.00, Receipt Number 626500).Document filed by C.R. Bard, Inc., Davol, Inc.(jpo) Additional attachment(s) added on 9/12/2007 (Becerra, Maribel). (Entered: 09/11/2007) |
| 09/10/2007 | | Magistrate Judge Michael H. Dolinger is so designated. (jpo) (Entered: 09/11/2007) |
| 09/10/2007 | | Case Designated ECF. (jpo) (Entered: 09/11/2007) |

| | | |
|---|---|---|
| 09/10/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying C.R Bard, Inc. as Corporate Parent. Document filed by C.R. Bard, Inc., Davol, Inc.(jpo) Additional attachment(s) added on 9/12/2007 (Becerra, Maribel). (Entered: 09/11/2007) |
| 09/11/2007 | 3 | ANSWER to Complaint. Document filed by C.R. Bard, Inc., Davol, Inc.. (Abate, Samuel) (Entered: 09/11/2007) |
| 09/13/2007 | 4 | ORDER FOR CONFERENCE PURSUANT TO RULE 16(b). This action is scheduled for a conference in accordancewith Fed. R. Civ. P. 16 (b) on Friday, 12/14/07 at 12:30 noon in Room 21C. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16. (Signed by Judge Louis L. Stanton on 9/13/07) (pl) (Entered: 09/14/2007) |
| 10/25/2007 | 5 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - District of Rhode Island. (Signed by Judge MDL Panel on 9/27/2007) (mbe) (Entered: 11/01/2007) |
| 10/25/2007 | | MDL TRANSFER OUT: Mailed documents numbered 1-5, certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Rhode Island. Mailed via Federal Express AIRBILL # 8582 4869 9341 on 11/1/2007. (mbe) (Entered: 11/01/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2007 09:45:46 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-07934-LLS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |